UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOVITA C. SALVADOR, | Case No. 2:15-cv-00938-APG-PAL |
| Plaintiff, | ORDER |
| v. | |
| CAPITAL ONE AUTO FINANCE, et al. | |
| Defendants. | |

Before the court is the Notice of Settlement Between Plaintiff and Defendant Experian Information Solutions, Inc. (Dkt. #22).  The parties advise that a settlement has been reached and that a stipulation to dismiss should be filed within 60 days.  Accordingly,

**IT IS ORDERED** that Plaintiff and Defendant Experian Information Solutions, Inc. shall have until **June 13, 2016,** to file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

DATED this 18th day of April, 2016.


PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE